LDLSSUS00310



STATE OF NORTH CAROLINA
# DEPARTMENT OF TRANSPORTATION
NC DIVISION OF MOTOR VEHICLES
3118 MAIL SERVICE CNTR RALEIGH, N.C. 27699-3118
(919) 715-7000
12/01/2023

ROY COOPER
GOVERNOR

J.R. "JOEY" HOPKINS
SECRETARY

JAMAAL ANKIEM GITTENS
1206 MARLENE ST
CHARLOTTE NC  28208-2557


OFFICIAL NOTICE

CUSTOMER NO. 000026217494

EFFECTIVE 12:01 A.M., 01/30/2024, YOUR NC DRIVING PRIVILEGE IS SCHEDULED FOR
AN INDEFINITE SUSPENSION IN ACCORDANCE WITH GENERAL STATUTE 20-4.20 FOR FAIL
TO COMPLY WITH OUT-OF-STATE CITATION AS FOLLOWS:

    VIOLATION DATE:        2023-07-29
    CITATION NO.          2886
    COURT/STATE:          DMVSC-MOTOR VEHICLE DIVIS SC
    COURT TELEPHONE NO.    (803)896-5000

IF YOU DO NOT COMPLY WITH THE CITATION PRIOR TO THE EFFECTIVE DATE OF THIS
ORDER, YOU WILL HAVE TO MAIL ALL NORTH CAROLINA DRIVER LICENSES IN YOUR
POSSESSION TO THIS DIVISION.  FAILURE TO RETURN YOUR DRIVER LICENSES WILL
RESULT IN AN ADDITIONAL   $50.00 SERVICE FEE.

IN ORDER TO TERMINATE THE SUSPENSION, ORIGINAL DOCUMENTATION FROM THE COURT
INDICATING COMPLIANCE HAS TO BE PRESENTED TO EITHER A NORTH CAROLINA DRIVER
LICENSE OFFICE OR MAILED TO THE NORTH CAROLINA DIVISION OF MOTOR VEHICLES.

IF THE COMPLIANCE DATE IS ON OR AFTER THE EFFECTIVE DATE OF THIS ORDER, A
RESTORATION FEE OF   $70.00 AND APPROPRIATE LICENSE FEES WILL BE NEEDED
UPON REINSTATEMENT.

THIS ORDER IS IN ADDITION TO AND DOES NOT SUPERSEDE ANY PRIOR ORDER ISSUED
BY THE DMV. IF ADDITIONAL INFORMATION CONCERNING THIS ORDER IS NEEDED,
PLEASE CONTACT A REPRESENTATIVE OF THE DIVISION AT (919)715-7000.

DIRECTOR OF CUSTOMER COMPLIANCE SERVICES



# SOUTH CAROLINA DEPARTMENT OF MOTOR VEHICLES
0096 Fort Mill 96
3071 Hwy 21 Suite 110
Fort Mill, SC 29715

**Receipt of Fees Paid**
2/20/2024 12:50:49 PM

34651460
GITTENS, JAMAAL ANKIEM
1206 MARLENE ST
CHARLOTTE, NC 28208-2557

**Reference No:** 195367706

### SERVICES

| Customer Name | ServiceDescription | Identifier | Amount |
|---|---|---|---|
| GITTENS, JAMAAL ANKIEM | INFO REQUEST | DL- OFFICIAL 3 YEAR DRIVER RE | $6.00 |
| | | Donate Life SC: | $0.00 |
| | | Total Fees Due: | $6.00 |

### PAYMENTS

| | | | |
|---|---|---|---|
| GITTENS/JAMAAL A | | | |
| Card Type: VISA | Card Number: XXXXXXXXXXXX9324 | Exp: 09/26 | |
| Auth Code: 000991 | Merchant ID: 0096_FORT_MILL_SCDMV | Card Amount: | $7.10 |
| | | SCDMV Fee: | $6.00 |
| | | Service Fee: | $1.10 |
| | | Total Payments: | $7.10 |

**End of Receipt**

Does your driver's license or identification card have a gold star in the upper right hand corner? If not, you will be required to have another federally accepted ID or buy a REAL ID to board a domestic, commercial flight, enter a secure federal building, or visit a military installation beginning May 7, 2025. For more information, visit www.scdmvonline.com.

Visit our web site at www.scdmvonline.com
and take a moment to share your feedback about your DMV experience
*Refunds will be initiated for overpayments of $1.00 or more.
2/20/2024 12:50:49 PM                                                                 Page 1 of 1
Case 3:24-cv-00224-FDW-SCR   Document 1-1   Filed 02/26/24   Page 2 of 4

# OFFICIAL 3 YEAR DRIVER RECORD

| | |
|---|---|
| **Customer No:** 34651460 | **Driver License No:** |
| **Name:** GITTENS, JAMAAL ANKIEM | |
| **Address:** 1206 MARLENE ST | |
| **City:** CHARLOTTE | **State:** NC    **Zip:** 282082557 |
| **County:** UNDETERMINED | |
| **DOB:** 5/5/1976 | **Sex:** M    **Driver Training:** N |

**Status - DL:** NO SUSPENSION    **CDL:** NO DISQUALIFICATION

## Point Summary
**Total Current Points:**   0
**Driver Credit:**   -0
**Adjusted Current Points:**   0

*End of Report*

Certified to be a true and correct copy of the original document on file with
the South Carolina Department of Motor Vehicles

Director of Driver Services

The status of your North Carolina commercial driving privilege is SUSPENDED. The total number of active points associated with this record is 2.

Your North Carolina driving privilege is SUSPENDED and it is due to FAILURE TO COMPLY WITH AN OUT OF STATE CITATION.

A $70.00 RESTORATION FEE IS REQUIRED.

A $50.00 SERVICE FEE IS