UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-00224-FDW-SCR

| | |
|---|---|
| JAMAAL GITTENS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JACKIE MITCHELL and )<br>DEPARTMENT OF MOTOR VEHICLES, )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's *Pro Se* Motion to Dismiss/Close the Case, (Doc. No. 4). In the Motion, Plaintiff asks this Court to "close this case; it's been filed in state court." (Doc. No. 4, p. 1.) Based on Plaintiff's filing, the Court will construe the Motion as a Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i). At this time, the opposing party has neither been served nor appeared in this matter. The Court finds Plaintiff's Motion presents a proper basis for dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. For the reasons stated therein, the Court GRANTS Plaintiff's Motion.

**IT IS THEREFORE ORDERED** that Plaintiff's *Pro Se* Motion to Dismiss/Close the Case, (Doc. No. 4) is GRANTED.

**IT IS SO ORDERED.**

Signed: March 11, 2024

_____
Frank D. Whitney
United States District Judge

1